RECEIVED
IN LAKE CHARLES, LA
JUN 14 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| LEONARD BROUSSARD AND BERTHA THIBODEAUX | Docket No. 11CV01446 |
| VERSUS | JUDGE MINALDI |
| CHEVRON USA, ET AL. | MAGISTRATE JUDGE KAY |

MEMORANDUM ORDER

Before the court is a Motion for Partial Summary Judgment on Restoration Obligations (Rec. Doc. 69) filed by Chevron U.S.A. Inc., individually and as successor in interest under the claims of this lawsuit, to Getty Oil Company and Tidewater Oil Company, Chevron U.S.A. Holdings Inc., and Four Star Oil & Gas Company (collectively, "Chevron"). The plaintiffs filed an Opposition (Rec. Doc. 90). Chevron filed a Reply (Rec. Doc. 97).

Since the briefs supporting and opposing this motion were filed, this court issued a ruling finding that the contract claims under the 1962 lease have prescribed. Accordingly,

IT IS ORDERED that the parties supplement their briefs within seven (7) days of the date of this order to discuss how this ruling may or may not affect the arguments presented in the Motion for Partial Summary Judgment on Restoration Obligations under the same lease.

Lake Charles, Louisiana, this 14 day of June, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE